UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION NO. 2:21-CV-02253

SECTION: L

JUDGE ELDON E. FALLON

MAG. JUDGE DANA M. DOUGLAS

LAYTON K. PRICE

VERSUS

GALLIANO MARINE SERVICE, LLC

* * * * * * * * * * * * * * *

Deposition via Zoom of **CAPTAIN CHRISTOPHER KARENTZ**, 5410 NW 33rd Avenue, Suite 100, Fort Lauderdale, Florida 33309, taken in the offices of Captain Christopher Karentz, on Friday, the 25th day of August, 2023.



EXHIBIT
8

the vessel met the minimum standard.

Q. And so if you think that I went through the training provided by Galliano Marine Service, that I would be, it would be, I would be, it would be safe enough for me to go and perform the task that captain matters I saw assigned to Mr. Price at the time of the incident?

MR. CAMBRE:

Objection, form.

THE WITNESS:

I'm sorry. Working under an experienced person as, as his supervisor, certainly. If I asked him to go do it on his own, totally different story. And that is not the case here.

EXAMINATION BY MR. SHLOSMAN:

Q. In that same paragraph you go on and you talk about respecting that Mr. Price was a new employee on the vessel and designated as a short service employee and I think you're kind of getting into that area now about how you would expect him to approach it with caution. But a portion of this sentence, it says instead,

clearly states that Captain Mathes that if I understand this sentence correctly, you're saying that Mr. Price should have clearly stated to Captain Mathes that he was unfamiliar and unsure what to do. You see that?

A. Yes.

Q. I'm going to show you, and I want to mention that you saw this portion of Mr. Price's deposition, it says when the captain asked, and I'm going to attach this as plaintiff Exhibit Number 4, it says when the captain asked you to let the slack out of the line, did you think to yourself in any way that I'm not experienced enough to do that? Answer, I already said I never dealt with something of that capacity. No. The captain, I said that to the captain. Question: What did you say to the captain? I said I never, you know, I've never done something like that before.

What -- do you believe, assuming you are not making a credibility determination on Mr. Price, what else besides that telling the captain that I've

never done something like this before should he have said in your opinion?

A. Well.

Q. I mean, assuming you believe that's what he said, so I'm not asking whether you believe or disbelieve Mr. Price. I want you to assume for me that that's true and that's correct, that he said, that according to Mr. Price, I told the captain I've never done something like this before. What else in your opinion should he have said?

A. If that is truly what he said, and I can wholeheartedly agree with his statement and Captain Mathes should have stopped and done some additional training before they attempted the task. However, in Mr. Price's own testimony, he contradicts that.

Back on page 191, he says the question was, I'm asking did you feel at any point when he gave that instruction, meaning the captain, that was an unsafe request of him, and the answer was no. The next question said, okay. If you had,

would you have used the stop-work authority? Correct. And the answer was I didn't feel unsafe enough to use stop-work or whatever you said.

Another location in the testimony, he said -- bear with me a moment till I find it. Where did he say that? He said -- bear with me, please.

He said on page 170, I think it's 177-ish on his testimony, question, you have no concern with performing that half of the operation. Correct. No. I trusted the captain. Question, no. But I'm asking, did you have any control over safety at that time? And then the next question was, did you? I mean, I don't know how to answer that, to be honest with you. However, I control my safety with somebody else at work. That's your trust. This is Mr. Price saying, you know, he entrusted the captain with what he had to say. It then it goes on to say -- I already quoted from page 191.

Q. Yes, sir.

A. And then on page 195, he says I

felt like he had enough training and that he could make the calls to. He said I'm competent enough to listen to a captain. You make the calls, I feel safe with you. This is Mr. Price.

Q. Yes, sir. Objection. Nonresponsive. Move to strike.

Captain, let me ask you this: Do you believe that Mr. Price has been untruthful in this case?

MR. CAMBRE:

Objection, form.

THE WITNESS:

To a certain extent, yes. I think in his testimony which contradiction the captains testimony and they don't Mr. Together, the two testimonies.

Q. And so you're taking captain Mathes's testimony over Layton Price's testimony, is that what you're telling me?

MR. CAMBRE:

Objection, form.

THE WITNESS:

We've discussed Captain Mathes a little bit earlier and I think Captain

Mathes may be wrong on some of his testimony, too. Again, we will never know the exact mechanism of how this occurred. But we do know there was a meeting in the bridge before the exercise. We do know that they went down the foredeck together, and we do know they proceeded together to conduct the bayou UG operation. So when you asked me several times now, you know, of who's right and who's wrong, I can only go by the physical fact that they did the job or attempted to do the job, I'm sorry, of -- and there's a contradiction in what those two persons who were immediately involved said of what occurred or transpired immediately before the incident.

EXAMINATION BY MR. SHLOSMAN:

Q. Yes, sir. Objection. Nonresponsive. Move to strike. My question's real simple to you. Move to strike. I'll make it even simpler for you, Captain.

Do you think Layton Price has told a lie in this case?

MR. CAMBRE:

Objection, form.

THE WITNESS:

I would say yes.

EXAMIANTION BY MR. SHLOSMAN:

Q. Tell me where. Tell me what do you believe in your opinion Layton Price has lied about.

A. I think he misrepresented his knowledge and his skills and awareness of the dangers of line handling and then specifically on this particular incident we're talking about, I think he had misrepresented that he walked into the job, ice wide open and prepared to do the tasks under the direction of the captain. Yet in his testimony he's come back and said, oh, no, I didn't know what I was doing, I wasn't trained, and I was afraid to do it, yet I did it anyway. So he's misrepresented, you know, his skill set and knowledge and awareness of the dangers, yet he proceeded to do it.

So you can't have it both ways. He walked up TOSH the job to the captain on the bridge. He agreed to do the work with

the captain. They went to the foredeck which is second step in the process. It wasn't like he walked directly to the winch the first time. He was up in the pilothouse at first and then proceeded to do the task. He made a mistake and got injured. So then it in his testimony he reversed back and says, oh, no, you know, I wasn't trained, I wasn't properly advised how to do this, I didn't know what I was doing, and subsequently, you know, we're twisting words here, when no one can specifically RLT the exact words that transpired before, during and after that event all these months later when the testimony was given.

EXAMINATION BY MR. SHLOSMAN:

Q. And so is it your opinion and belief that Mr. Price did not tell Captain Mathes that he had never done this task before, is that your --

MR. CAMBRE:

Objection, form.

THE WITNESS:

I think the word never is the

correct term. I don't believe he said he had never done this before.

EXAMINATION BY MR. SHLOSMAN:

Q. What do you -- what gives you that, what gives you that belief, that he didn't say that?

A. Because his background, experience and other segments of his testimony where he identified he understood the concepts, he identified he had been working lines before on other vessels, as I've described in my report, the dimensional sizes of the equipment are not really relevant in regards to the knowledge of how to do the job correctly. You know, and his statement that he'd never done it before, it's too easy to say that, when in fact he has done this before and he had been trained in it. Now, if he wanted to tell the captain I'm not confident or I'm unfamiliar with exactly how to do this specific task on this particular boat, that would be a very valid statement. But he did not do that. He's implying he had never done it before.